306 F.2d 493
 NATIONAL LABOR RELATIONS BOARD
v.
FRITO-LAY, INC. MIDWESTERN DIVISION.
 No. 17139.
 United States Court of Appeals Eighth Circuit.
 August 31, 1962.
 
 Petition to enforce order of National Labor Relations Board.
 Stuart Rothman, Gen. Counsel, N.L. R.B. and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., for petitioner.
 John E. Tate, Omaha, Neb., for respondent.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced on petition for enforcement and stipulation for entry of consent decree.